UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

BRYON McINDOE,

        Petitioner,

-against-

CHRISTINE DAVIS, District Director of the INS
in Oakdale, Louisiana, et al.,

        Respondents.
----------------------------------------------------------------

BRYON McINDOE,

        Petitioner,

-against-

NEW YORK, et al.,

        Respondents.
----------------------------------------------------------------X

JUDGMENT
02-CV- 0537 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 2 0 2006 ★
P.M. _____
TIME A.M. _____

03-CV- -234 (CBA)

A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on April 19, 2006, dismissing the petition for a writ of habeas corpus; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondents; and that judgment is hereby entered dismissing the petition for a writ of habeas corpus.

Dated: Brooklyn, New York
      April 19, 2006

ROBERT C. HEINEMANN
Clerk of Court